IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Dailey, David | Case Number: 07 B 11264 |
|---|---|---|
| | Dailey, Tarra | Judge: Goldgar, A. Benjamin |
| | Printed: 01/06/09 | Filed: 6/23/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: November 25, 2008
Confirmed: December 4, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 10,956.83 | |
| Secured: | | 9,379.03 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 940.74 |
| Trustee Fee: | | 637.06 |
| Other Funds: | | 0.00 |
| Totals: | 10,956.83 | 10,956.83 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,874.00 | 940.74 |
| 2. | Silver Lake Resort | Secured | 0.00 | 0.00 |
| 3. | Americredit Financial Ser Inc | Secured | 0.00 | 1,009.70 |
| 4. | Monterey Financial Services | Secured | 1,936.30 | 317.77 |
| 5. | Great American Finance Company | Secured | 280.08 | 123.87 |
| 6. | HSBC Auto Finance | Secured | 28,138.67 | 5,946.79 |
| 7. | American General Finance | Secured | 12,325.55 | 1,980.90 |
| 8. | HSBC Auto Finance | Unsecured | 24.64 | 0.00 |
| 9. | United States Dept Of Education | Unsecured | 290.37 | 0.00 |
| 10. | Sprint Nextel | Unsecured | 74.29 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 45.31 | 0.00 |
| 12. | Cottonwood Financial Ltd | Unsecured | 329.05 | 0.00 |
| 13. | Americredit Financial Ser Inc | Unsecured | 0.00 | 0.00 |
| 14. | Laramar Group | Unsecured | 635.28 | 0.00 |
| 15. | Midwest Phys Anesthesia | Unsecured | 60.00 | 0.00 |
| 16. | Sir Finance Corporation | Unsecured | 174.80 | 0.00 |
| 17. | United Hospital System Inc | Unsecured | 17.50 | 0.00 |
| 18. | ECast Settlement Corp | Unsecured | 29.95 | 0.00 |
| 19. | Time Warner Cable | Unsecured | 73.32 | 0.00 |
| 20. | RoundUp Funding LLC | Unsecured | 252.37 | 0.00 |
| 21. | Monterey Financial Services | Unsecured | 30.66 | 0.00 |
| 22. | RoundUp Funding LLC | Unsecured | 260.00 | 0.00 |
| 23. | AAA Checkmate LLC | Unsecured | 156.05 | 0.00 |
| 24. | Illinois Dept of Revenue | Unsecured | 0.00 | 0.00 |
| 25. | Monterey Financial Services | Secured | | No Claim Filed |
| 26. | Illinois Dept Of Public Aid | Priority | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Dailey, David | Case Number: 07 B 11264 |
|---|---|---|
| | Dailey, Tarra | Judge: Goldgar, A. Benjamin |
| | Printed: 01/06/09 | Filed: 6/23/07 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | AT&T Credit Management | Unsecured | | No Claim Filed |
| 28. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 29. | Centrix Financial A/K/A FlatIron Fin | Unsecured | | No Claim Filed |
| 30. | Credit Bureau Accts Collections & Servs | Unsecured | | No Claim Filed |
| 31. | Capital One | Unsecured | | No Claim Filed |
| 32. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 33. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 34. | American General Finance | Unsecured | | No Claim Filed |
| 35. | Medical Collections | Unsecured | | No Claim Filed |
| 36. | KC Financial | Unsecured | | No Claim Filed |
| 37. | Medical Collections | Unsecured | | No Claim Filed |
| 38. | Certified Recovery | Unsecured | | No Claim Filed |
| 39. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 40. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 41. | Oliver Adjustors | Unsecured | | No Claim Filed |
| 42. | First Cash Advance | Unsecured | | No Claim Filed |
| 43. | Omni Credit Service | Unsecured | | No Claim Filed |
| 44. | RPM Inc | Unsecured | | No Claim Filed |
| 45. | Professional Collection | Unsecured | | No Claim Filed |
| 46. | Omni Credit Service | Unsecured | | No Claim Filed |
| 47. | Professional Collection | Unsecured | | No Claim Filed |
| 48. | Statewide Credit Assn., Inc. | Unsecured | | No Claim Filed |
| 49. | United States Dept Of Education | Unsecured | | No Claim Filed |
| 50. | State Collection Service | Unsecured | | No Claim Filed |
| 51. | KCA Financial Services | Unsecured | | No Claim Filed |
| 52. | Cash Store | Unsecured | | No Claim Filed |
| 53. | PNC National Bank | Unsecured | | No Claim Filed |
| 54. | Sears / Citibank SD | Unsecured | | No Claim Filed |
| 55. | American Express | Unsecured | | No Claim Filed |
| 56. | Unique National Collection | Unsecured | | No Claim Filed |
| 57. | American Express | Unsecured | | No Claim Filed |
| 58. | Cash Store | Unsecured | | No Claim Filed |
| | | | $ 48,008.19 | $ 10,319.77 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 368.85 |
| 6.5% | 267.32 |
| 6.6% | 0.89 |
| | $ 637.06 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Dailey, David
Dailey, Tarra
Printed: 01/06/09

Case Number:  07 B 11264
Judge:  Goldgar, A. Benjamin
Filed:  6/23/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

